NO. 07-169-G

| | | |
|---|---|---|
| ALEXANDRO "ALEX" RAMIREZ, ANDREW MAES AND ROLANDO RAMIREZ | § § § § | IN THE DISTRICT COURT OF |
| Plaintiffs, | § § | |
| vs. | § § | NUECES COUNTY, TEXAS |
| IRON TIGGA, LLC, EMI LATIN AND ABRAHAM QUINTANILLA, III | § § § § | |
| Defendants. | § | 319th JUDICIAL DISTRICT |

**FINAL JUDGMENT**

Trial in this action began on November 13, 2012, before the Court and concluded with closing arguments on the afternoon of November 14, 2012. The issues have been duly tried and the Court issued findings of fact and conclusions of law on November 14, 2012, which are incorporated in the Final Judgement for all purposes and by reference.

Plaintiffs, Alexandro "Alex" Ramirez and Rolando Ramirez were present with their counsel, David W. Showalter, and announced ready. Plaintiff Andrew Maes was not in attendance. Defendants, Abraham Quintanilla, III, and Iron Tigga LLC. were present with their counsel, Michael Maldonado, and announced ready.

All parties agreed to forego a trial by jury. The Parties tried the case to the bench before the Honorable Thomas F. Greenwell.

After considering the testimony, the evidence admitted at trial, the pleadings, and arguments of counsel, the Court is of the opinion that judgment should be rendered in favor

Exhibit A

of Plaintiffs, Alexandro "Alex" Ramirez and Rolando Ramirez, and against Abraham Quintanilla, III and Iron Tigga, LLC.

Plaintiff Andrew Maes takes nothing against Defendants.

**IT IS HEREBY ADJUDGED, ORDERED AND DECREED** that Plaintiffs, Alexandro "Alex" Ramirez and Rolando Ramirez, recover from Defendants, Abraham Quintanilla, III[1] and Iron Tigga, LLC, jointly and severally:

1. Actual damages in the amount of Three Hundred Ninety-Three Thousand, Two Hundred Sixty-six and no/100 Dollars ($393,266.00) payable to Alexandro "Alex" Ramirez;

2. Actual damages in the amount of Three Hundred Ninety-Three Thousand, Two Hundred Sixty-six and no/100 Dollars ($393,266.00) payable to Rolando Ramirez;

3. Pre judgment interest at the rate of 5% per annum from the date the suit was filed on January 12, 2007 through November 16, 2012 in the amount of Two Hundred Thirty Thousand, One Hundred Forty-four and 42/100 Dollars ($230,144.42), plus $107.74 per diem for each day after November 16, 2012 until this judgment is signed.

4. Reasonable and necessary attorney's fees in the amount of $65,000;

5. Court costs; plus

6. Post judgment interest at the rate of 5% per annum on the total of the foregoing from the date of this judgment until the date the judgment is satisfied.

7. An additional $18,000 in attorney's fees in the event there is an appeal to the Texas Court of Appeals.

8. An additional $20,000 in attorney's fees in the event there is an appeal to the Texas Supreme Court.

---

[1] Social Security Number: XXX-XX-8679; TXDL: XXXX1154

9. The Court finds that Plaintiffs' damages arose out of Defendants', Abraham Quintanilla, III and Iron Tigga, LLC, false pretenses, false representations and actual fraud.

10. The Court finds that Plaintiffs' damages arose out of Defendants', Abraham Quintanilla, III and Iron Tigga, LLC, fraud defalcation while acting in a fiduciary capacity.

11. This is a FINAL JUDGMENT. This judgment finally disposes of all claims against Abraham Quintanilla, III and Iron Tigga, LLC and is appealable.

12. The Court orders execution to issue for this judgment.

SIGNED this __26__ day of November, 2012.

_____
PRESIDING JUDGE

APPROVED AS TO FORM:

SHOWALTER LAW FIRM

By: _____
David W. Showalter
TBA #18306500

1117 FM 359, Suite 200
Richmond, Texas 77406
(281) 341-5577
(281) 341-5572 (FAX)

ATTORNEY FOR PLAINTIFFS

RECEIVED
NOV 19 2012
PATSY PEREZ DISTRICT CLERK
NUECES COUNTY