

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

ENTERED
01/09/2013

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ABRAHAM QUINTANILLA, III, | § | CASE NO. 12-20607 |
| | § | CHAPTER 7 |
| DEBTOR | § | |

11

### ORDER ON CREDITOR'S, ANDREW MAES, EMERGENCY MOTION FOR RELIEF FROM THE AUTOMATIC STAY

CAME ON FOR CONSIDERATION Creditor's, Andrew Maes, Motion for Relief from the Automatic Stay. Upon consideration of Creditor's Motion, it is hereby

ORDERED, ADJUDGED AND DECREED that Creditor's Motion is GRANTED and that the automatic stay is lifted for the purpose of allowing Creditor Andrew Maes to pursue an appeal of his take-nothing judgment in the case, *Ramirez, et al. v. Iron Tigga, LLC, et al.* (Case No. 07-169-G; in the 319th Judicial District Court of Nueces County, Texas) and for liquidating all of Creditor's tort claims against Debtor's Estate.

Dated this _____ day of _____ January 9, 2013

_____
RICHARD S. SCHMIDT
UNITED STATES BANKRUPTCY COURT

Exhibit C

S:\1832.01A\Order on Motion to Lift Stay.wpd
12-03-12